```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division


CORINTHIAN MORTGAGE CORP       )
d/b/a SOUTHBANC MORTGAGE,      )
                               )
      Plaintiff,               )
                               )
         v.                    )    1:07cv832 (JCC)
                               )
CHOICEPOINT PRECISION          )
MARKETING, LLC                 )
                               )
      Defendant.               )
```

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Dismiss is GRANTED in part and DENIED in part;

(2) Defendant's Motion to Dismiss Count I and Count III is DENIED;

(3)  Defendant's Motion to Dismiss Count II, Plaintiff's Claim for a violation of Massachusetts' Unfair Trade Practices Act, is GRANTED;

(4) Defendant is ORDERED to file an Answer to Plaintiff's Amended Complaint within ten (10) days;

(5) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

February 11, 2008　　　　　　　　　　　　　／s／
Alexandria, Virginia　　　　　　　　James C. Cacheris
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE