```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA

                    Alexandria Division
```

| | |
|---|---|
| CORINTHIAN MORTGAGE CORP )<br>d/b/a SOUTHBANC MORTGAGE, )<br>  )<br>    Plaintiff, )<br>  )<br>        v. )<br>  )<br>CHOICEPOINT PRECISION )<br>MARKETING, LLC )<br>  )<br>    Defendant. ) | 1:07cv832 (JCC) |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's Motion for Order of Jury Trial will be DENIED;

(2) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

May 19, 2008                                    /s/
Alexandria, Virginia              James C. Cacheris
                           UNITED STATES DISTRICT COURT JUDGE