```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA

                    Alexandria Division
```

| | |
|---|---|
| CORINTHIAN MORTGAGE CORP        )<br>d/b/a SOUTHBANC MORTGAGE,     )<br>                               )<br>     Plaintiff,               )<br>                               )<br>          v.                  )<br>                               )<br>CHOICEPOINT PRECISION          )<br>MARKETING, LLC                 )<br>                               )<br>     Defendant.               ) | 1:07cv832 (JCC) |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' Motion for Judgment on the Pleadings is GRANTED in part as to SouthBanc's claim for Violation of the Covenant of Good Faith and Fair Dealing (Count I), and the actions that arose before August 17, 2007 are DISMISSED;

(2) Defendants' Motion for Judgment on the Pleadings is DENIED as to the remainder;

(3) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

July 14, 2008                              /s/
Alexandria, Virginia                James C. Cacheris
                           UNITED STATES DISTRICT COURT JUDGE